DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hammett<br><br>Case Below:<br>175 N.C. App. 597 | No. 083A06 | 1. AG's Notice of Appeal (**Dissent**) (COA05-377)<br><br>2. AG's Motion for Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed 02/23/06<br><br>3. Allowed 02/23/06 |
| State v. Langley<br><br>Case Below:<br>173 N.C. App. 194 | No. 535P05 | 1. AG's Motion for Temporary Stay (COA04-1100)<br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under 7A-31 | 1. Allowed **09/28/05** 360 N.C. 73 Stay Dissolved **03/02/06**<br><br>2. Denied (03/02/06)<br><br>3. Denied (03/02/06)<br><br>4. Dismissed as Moot (03/02/06) |
| State v. Medina<br><br>Case Below:<br>174 N.C. App. 723 | No. 009P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-216) | Denied (03/02/06) |
| State v. Miles<br><br>Case Below:<br>174 N.C. App. 840 | No. 012P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1286) | Denied (03/02/06) |
| State v. Nickerson<br><br>Case Below:<br>173 N.C. App. 642 | No. 630P05 | Def's PDR Under G.S. 7A-31 (COA04-1640) | Denied (03/02/06) |
| State v. Obiorah<br><br>Case Below:<br>175 N.C. App. 248 | No. 022A06 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1567)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed (03/02/06) |
| State v. Owens<br><br>Case Below:<br>175 N.C. App. 248 | No. 039P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-128) | Denied (03/02/06) |
| State v. Robinson<br><br>Case Below:<br>136 N.C. App. 233 | No. 096P06 | Def's Motion for "Petition for Plain Error Review" (COA99-852) | Dismissed (03/02/06) |